(3) The mandate of the court will issue on August 19, 2013.

**PANDUIT CORPORATION, Appellant,**

v.

**Teresa Stanek REA, Acting Director, United States Patent and Trademark Office, Appellee,**

and

**ADC Telecommunications, Cross Appellant.**

**Nos. 2012–1435, 2012–1436.**

United States Court of Appeals, Federal Circuit.

Aug. 12, 2013.

Jesse O. Collier, Oliff & Berridge, PLC, of Alexandria, VA, argued for appellant. With him on the brief were James A. Oliff, John W. O'Meara, and Eric D. Morehouse.

Coke Morgan Stewart, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief was Robert J. McManus, Associate Solicitor. Of counsel were Nathan K. Kelley, Solicitor, and Scott Weidenfeller, Associate Solicitor.

Philip P. Caspers, Carlson Caspers Vandenburgh Lindquist & Schuman, P.A., of Minneapolis, MN, argued for cross appellant. With him on the brief were Timothy A. Lindquist, Samuel A. Hamer, and Joseph W. Winkels.

RADER, Chief Judge, LOURIE, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

**PANDUIT CORPORATION, Appellant,**

v.

**Teresa Stanek REA, Acting Director, United States Patent and Trademark Office, Appellee,**

and

**ADC Telecommunications, Cross Appellant.**

**Nos. 2012–1437, 2012–1438.**

United States Court of Appeals, Federal Circuit.

Aug. 12, 2013.

Jesse O. Collier, Oliff & Berridge, PLC, of Alexandria, Virginia, argued for appellant. With him on the brief were James A. Oliff, John W. O'Meara, and Eric D. Morehouse.

Coke Morgan Stewart, Associate Solicitor, Office of the Solicitor, United States